1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

IN RE MATTHEW B. MAJOR,

12

Plaintiff.

13

.

14
15
16

Case No. 24-cv-06291 BLF

**ORDER OF DISMISSAL**

17
18

On September 6, 2024, Plaintiff, proceeding *pro se*, filed a civil rights complaint

19

under 42 U.S.C. § 1983.  Dkt. No. 1.  On the same day, the Clerk sent Plaintiff two

20

separate notices that he had not filed a complaint on the proper form nor paid the filing fee

21

or filed an application to proceed *in forma pauperis* ("IFP").  Dkt. Nos. 2, 3.  Plaintiff was

22

provided with a blank complaint form and IFP application along with a postage-paid

23

envelope and advised to respond within twenty-eight days to avoid dismissal.  *Id.*

24

The deadline for responding to the Clerk's notices regarding the complaint and IFP

25

application has passed, and Plaintiff has failed to respond.  *Id.*  Accordingly, this action is

26

**DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee.

27

The Clerk shall terminate all pending motions and close the file.

28

**IT IS SO ORDERED.**

United States District Court
Northern District of California

United States District Court
Northern District of California

Dated:  ___**November 1, 2024**__

BETH LABSON FREEMAN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\PRO-SE\BLF\CR.24\06291Major_dis-ifp

2